IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03148-BNB

RANDALL ZANDSTRA,

    Plaintiff,

v.

"JOHN DOE," Commissioner/Head,
TOM CLEMENTS, Executive Director,
COLORADO DEPT. OF CORRECTIONS,
"JOHN DOE," Head/Commissioner,
THE COLORADO PAROLE BOARD/COLORADO PAROLE DEPT.,
JUDY COX,
JOHN COOK,
WELD COUNTY SHERIFF'S OFFICE,
WARDEN ROY HENDRICKS,
ESSEX COUNTY, NJ CORR. FACILITY,
JOHN DOE: Essex County Officer,
COMMISSIONER GARY LANIGAN,
KAREN BALICKI, Warden,
JOE DWYER,
HUGHES, Warden, and
NEW JERSEY DEPT. OF CORRECTIONS,

    Defendants.

## ORDER TO CURE DEFICIENCIES

Plaintiff, Randall Zanstra, is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Denver Reception and Diagnostic Center in Denver, Colorado. Mr. Zandstra, acting *pro se*, has filed a Prisoner Complaint challenging a detainer placed against him by the Sheriff of Weld County, Colorado and the execution of his sentence.

The Court has reviewed the Complaint and finds that it is deficient. First, the claims Mr. Zandstra raises more properly are asserted pursuant to 28 U.S.C. § 2241,

because he is challenging the execution of his sentence and not the conditions of his confinement. Therefore, Mr. Zandstra will be directed to file his claims on a Court-approved form used in filing § 2241 actions.

Mr. Zandstra also has failed to submit a proper Court-approved form used in seeking leave to proceed pursuant to 28 U.S.C. § 1915 in this Court.

Finally, the law is well-established that the only proper respondent to a habeas corpus action is the habeas applicant's custodian, *see* 28 U.S.C. § 2242; Rules 2(a) and 1(b), Rules Governing Section 2254 Cases in the United States District Courts; and *Harris v. Champion*, 51 F.3d 901, 906 (10th Cir. 1995). Mr. Zandstra must name his custodian in the caption of the application. Accordingly, it is

ORDERED that **within thirty days from the date of this Order** Mr. Zandstra cure the noted deficiencies. It is

FURTHER ORDERED that Mr. Zandstra shall obtain the Court-approved 28 U.S.C. § 2241 Application form and the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Action form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Mr. Zandstra fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED December 6, 2012, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge