IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03148-LTB

RANDALL ZANDSTRA,

    Plaintiff,

v.

"JOHN DOE," Commissioner/Head,
TOM CLEMENTS, Executive Director,
COLORADO DEPT. OF CORRECTIONS,
"JOHN DOE," Head/Commissioner,
THE COLORADO PAROLE BOARD/COLORADO PAROLE DEPT.,
JUDY COX,
JOHN COOK,
WELD COUNTY SHERIFF'S OFFICE,
WARDEN ROY HENDRICKS,
ESSEX COUNTY, NJ CORR. FACILITY,
JOHN DOE: Essex County Officer,
COMMISSIONER GARY LANIGAN,
KAREN BALICKI, Warden,
JOE DWYER,
HUGHES, Warden, and
NEW JERSEY DEPT. OF CORRECTIONS,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on January 15, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 15 day of January, 2013.

                            FOR THE COURT,

                            JEFFREY P. COLWELL, Clerk

                            By: s/ S. Grimm
                                Deputy Clerk